FILED

2013 OCT 17 AM 11: 10

CHRISTOPHER M. DeTORO
CLERK OF COURT
U.S. BANKRUPTCY COURT
N. DISTRICT OF INDIANA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN THE MATTER OF:                                  )
                                                   )
LEROY FERRELL III and                              )          Case No. 13-21705
JOYCE ELAINE FERRELL                               )
                                                   )          Chapter 13
          Debtors.                                 )

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

On October 16, 2013, Benjamin Thomas, filed a *Stipulated Motion and Order Granting Relief from Automatic Stay*, asking the court to lift the stay to allow the movant to proceed with his pending lawsuit against the Debtor in name only so as to attempt recovery of damages from Debtor's liability insurance carrier and/or other insurers. A copy of the motion is attached to this notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the motion, then **on or before November 6, 2013,** you or your attorney must:

1.      File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

          5400 Federal Plaza, Suite 2200
          Hammond, Indiana 46320

If you mail your objection, you must mail it early enough so that it will be **received** by the date it is due.

2.      You must also mail a copy of your objection to:

Walter F. Sandoval, Esq.                    Paul R. Chael, Trustee.
2637 45th Street                            401 West 84th Drive, Suite C
Highland, Indiana 46322                     Merrillville, Indiana 46410

Leroy and Joyce Ferrell                     Nancy J. Gargula, U.S. Trustee
c/o Kenneth L. Fugate, Esq.                 One Michiana Square Building, Suite 555
7225 East Ridge Road                        100 East Wayne Street
Hobart, Indiana 46342                       South Bend, Indiana 46601-2349

If you do not file an objection by the date it is due, the court may grant the relief requested without holding a hearing. If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

Date: October 16, 2013

_____
Walter F. Sandoval, #24021-45
Attorney for Movant
2637 - 45th Street
Highland, Indiana 46322
(219) 924-2427

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LEROY FERRELL, III and | ) | Case No. 13-21705-jpk |
| JOYCE ELAINE FERRELL, | ) | |
| | ) | |
| Debtors. | ) | Chapter 13 |

## STIPULATED MOTION AND ORDER
## GRANTING RELIEF FROM AUTOMATIC STAY

Subject to the approval of this Court, the parties hereby stipulate and move for the following

Order which grants relief from the automatic stay, pursuant to 11 U.S.C. 362(d), for the sole and

express purpose of permitting the movant, Benjamin Thomas ("Movant") to proceed with his

pending personal injury lawsuit ("Lawsuit") against the Debtor, Leroy Ferrell, III ("Debtor"), in

name only, so as to attempt recovery from the Debtor's liability insurance carrier and/or other

insurers or defendants, and state as follows:

1.      Movant has pending Lawsuit against Debtor filed on September 14, 2011 in Lake

Superior Court sitting in Crown Point, Indiana, under cause number 45D10-1209-CT-00205. This

lawsuit arises from a motor vehicle collision, and Movant is seeking damages as a result of Debtor's

alleged negligence. The damages sought are compensatory in nature and insurance coverage exists

which provides indemnification for Movant's damages.

2.      The parties to the Lawsuit stipulate and agree that lifting the stay to allow Movant

to proceed against Debtor in said Lawsuit, in name only, so as to attempt recovery from Debtor's

liability insurance carrier and/or other insurers or defendants, would be proper in this matter and is

supported by applicable law. *See* In re: Fernstrom Storage & Van Co., 938 F.2d 737 (7th Cir. 1991);

In re: Lee, 172 B.R. 47 (W.D. Ark. 1994).

3.    The parties to the Lawsuit stipulate and agree that recovery against Debtor in the

Lawsuit shall be limited to any insurance proceeds available, and Movant may not attempt to enforce

any judgment against Debtor's personal assets.

4.    The Motion is granted and the automatic stay is hereby lifted and modified for the

sole and express purpose of allowing Movant to proceed with his pending Lawsuit against Debtor,

in name only, for the purpose of recovery of damages against Debtor's liability insurance carrier

and/or other insurers or defendants.

_____
Walter F. Sandoval, Esq. #24021-45
*Attorney for Movant/Creditor, Benjamin Thomas*

_____
Colin J. Reilly, Esq. #21058-71
*Attorney for Debtor, Leroy Ferrell, III*

_____
Vincent Mirkov, Esq. #15228-45
*Attorney for Amir Madyun*

_____
Gregory Bokota, Esq. #17021-45
*Attorney for Frankenmuth Insurance*

DATED: ___8 | 22 | 13___ (wFS)

APPROVED AND SO ORDERED:

Dated: _____

_____
Judge, United States Bankruptcy Court,
Northern District of Indiana,
Hammond Division

3.      The parties to the Lawsuit stipulate and agree that recovery against Debtor in the Lawsuit shall be limited to any insurance proceeds available, and Movant may not attempt to enforce any judgment against Debtor's personal assets.

4.      The Motion is granted and the automatic stay is hereby lifted and modified for the sole and express purpose of allowing Movant to proceed with his pending Lawsuit against Debtor, in name only, for the purpose of recovery of damages against Debtor's liability insurance carrier and/or other insurers or defendants.

_____
Walter F. Sandoval, Esq. #24021-45
*Attorney for Movant/Creditor, Benjamin Thomas*

_____
Colin J. Reilly, Esq. #21058-71
*Attorney for Debtor, Leroy Ferrell, III*

_____
Vincent Mirkov, Esq. #15228-45
*Attorney for Amir Madyun*

_____
Gregory Bokota, Esq. #17021-45
*Attorney for Frankenmuth Insurance*

DATED: _____8/22/13 (wfs)_____

APPROVED AND SO ORDERED:

Dated: _____

_____
Judge, United States Bankruptcy Court,
Northern District of Indiana,
Hammond Division

abel Matrix for local noticing
755-2
ase 13-21705-jpk
orthern District of Indiana
ammond Division
ue Jun  4 10:40:29 EDT 2013

apital One - Menard
0 Box 30253
alt Lake City, UT 84130-0253


omenity Bank NWYRK
0 Box 182789
olumbus, OH 43218-2789



ristin Durianski(KR)
nterberg & Associates, P.C.
050 Cleveland Place
errillville, IN 46410-5302



enneth L. Fugate
225 East Ridge Road
obart, IN 46342-2333



3CRB JS Pennys
) Box 965005
clando, FL 32896-5005



3BC Bank
) Box 5253
arol Stream, IL 60197-5253



idiana Department of Revenue
inkruptcy Section - MS 108
)0 North Senate Avenue, N240
idianapolis IN 46204-2231



)INTERNAL REVENUE SERVICE
:NTRALIZED INSOLVENCY OPERATIONS
) BOX 7346
[ILADELPHIA PA 19101-7346



ihls Capital One
) Box 3115
.lwaukee, WI 53201-3115

Benjamin Thomas
c/o Walter Sandoval
2637 - 45th Avenue
Highland, IN 46322-2902



(c)CAVALRY PORTFOLIO SERV
7 SKYLINE DR STE 350
HAWTHORNE NY  10532-2162



DFS Webbank
PO Box 81607
Austin, TX 78708-1607



Joyce Elaine Ferrell
2909 West 64th Place
Merrillville, IN 46410-8020



GE CAPITAL RETAIL BANK
C/O RECOVERY MANAGEMENT SYTSTEMS CORP
25 SE 2ND AVENUE SUTIE 1120
MIAMI FL 33131-1605



Nancy J. Gargula
One Michiana Square Building
Suite 555
100 East Wayne Street
South Bend, IN 46601-2394



HSBC Finance Corporation
P.O. Box 829009
Dallas, TX 75382-9009



Indiana Department of Revenue
Bankruptcy Section N-240
100 North Senate Avenue
Indianapolis, IN 46204-2253



Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346



Lake County Treasurer
Attention: Bankruptcy Clerk
2293 North Main Street
Crown Point IN 46307-1854

CDA Pontiac
PO Box 213
Streator, IL 61364-0213



Paul R. Chael
401 West 84th Drive
Suite C
Merrillville, IN 46410-5568



(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577



Leroy Ferrell III
2909 West 64th Place
Merrillville, IN 46410-8020



GE Capital Retail Bank
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605



HFC
PO Box 4153
Carol Stream, IL 60197-4153



Indiana Department of Revenue
Attn:  Highest Ranking Officer
Bankruptcy Section, N-240
100 N. Senate Avenue
Indianapolis, IN 46204-2273



Indiana Employment Security Division
10 North Senate Street
Indianapolis, IN 46204-2201



Jones Obenchain
600 KeyBank Building
202 South Michigan Street
P.O. Box 4577
South Bend, IN 46634-4577



Lake Supeior Court #10
45D10-1209-CT-00205
2293 North Main Street
Crown Point, IN 46307-1854

p)NISSAN MOTOR ACCEPTANCE CORPORATION
OSS RECOVERY
O BOX 660366
ALLAS TX 75266-0366

Nissan Motor Acceptance Corporation
PO Box 660366 Dallas TX 75266-0366

Rels Reporting
1500 NW Bethany Blvd
Beaverton, OR 97006-5208


ears CBNA
33200 Smith Road
leveland, OH 44130

THD/CBNA
P.O. Box 6497
Sioux Falls, SD 57117-6497

The Methodist Hospital
PO Box 66525
Indianapolis, IN 46266-6525


ells Fargo home Mortgage
O Box 10335
es Moines, IA 50306-0335


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


ell Financial Services, LLC
esurgent Capital Services
O Box 10390
reenville, SC 29603-0390

Internal Revenue Service
Chap 7 & Post-Conf 13
P.O. Box 21126
Philadelphia, PA 19114

Nissan Motor Acceptance
7900 Ridgepoint Drive
Irving, TX 75063


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


avalry Portfolio Serv
Skyline Drive
uite 3
awthorne, NY 10532


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


u)Wells Fargo Bank, N.A.

(d)hsbc finance corporation
pob 829009
dallas, tx 75382-9009

End of Label Matrix
Mailable recipients    36
Bypassed recipients     2
Total                  38